IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for New Century Bank, <br><br> Plaintiff, <br> v. <br><br> FAYE T. PANTAZELOS, JOHN R. BRINKMAN, GEORGE METZGER, ROBERT GREMLEY, RICHARD J. WHOLEY AND THOMAS J. ROMANO, <br><br> Defendants. | Case No. 13 CV 2246 <br><br> JURY DEMANDED <br><br> Judge Amy St. Eve |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS

TO:   All Counsel of Record

PLEASE TAKE NOTICE that on **June 7, 2013 at 9:00 A.M**. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Amy St. Eve or whomever may be designated to sit in her stead, in Court Room 1241 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present the **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT.**

May 28, 2013                                                        Respectfully submitted,


                                                                    /s/ Nancy A. Temple

Nancy Temple
Theodore Theophilos
Katten & Temple LLP
542 S. Dearborn St., 14th Floor
Chicago, IL 60605
(312) 663-0800
ntemple@kattentemple.com
ttheophilos@kattentemple.com

1